# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREEN WORLD COUNCIL BLUFFS, LLC, a Washington limited liability company, and MICHAEL KIM, an individual,<br><br>                    Plaintiffs,<br>          v.<br><br>1SHARPE OPPORTUNITY INTERMEDIATE FUND, L.P., a Cayman Island limited partnership, *et al.*,<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-1579-JCC |

\_\_        **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiffs' claims against 1Sharpe Opportunity Intermediate Fund, L.P., 1Sharpe Opportunity Intermediate Trust, and Alex Johnson are DISMISSED without prejudice for lack of personal jurisdiction and Plaintiffs' claims against the remaining defendants are DISMISSED without prejudice under Federal Rule of Civil Procedure 4(m).

          DATED this 16th day of August 2021.

                                        RAVI SUBRAMANIAN
                                        Clerk of Court

                                         /s/ *Sandra Rawski*
                                        Deputy Clerk